UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:13-cr-148-CLC-SKL
v. )
)
CHARLES MICHAEL HOWE )

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on January 9, 2014. At the hearing, defendant waived his right to prosecution by indictment and consented to proceeding on information rather than indictment, and entered a plea of guilty to Counts One through Fourteen of the fourteen-Count Bill of Information pursuant to a written plea agreement. I find defendant made a knowing and voluntary waiver of indictment and consent to proceed before the magistrate judge. On the basis of the record made at the hearing, I find the defendant is capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by defendant; the plea is made voluntarily and free from any force, threats, or promises; apart from the promises in the plea agreement; the defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

Therefore, I **RECOMMEND** defendant's plea of guilty to Counts One through Fourteen of the Bill of Information be accepted, and the Court adjudicate defendant guilty of the charges set forth in Counts One through Fourteen of the Bill of Information, and a decision on whether to accept the plea agreement be deferred until sentencing. Defendant filed a motion and amended motion with supporting affidavits to remain on bond after entry of his plea pending sentencing pursuant to 18 U.S.C. §§ 3143(a) & 3145(c) [Docs. 7 and 11]. The Government opposed Defendant's motion to

remain on bond stating exceptional reasons do not exist under 18 U.S.C. § 3145(c) and a hearing was held on the motion. Defendant's motion to remain on bond is **DENIED** and defendant's bond was revoked as he did not show there were exceptional reasons for release under 18 U.S.C. § 3145(c). Therefore, I further **RECOMMEND** that defendant remain in custody until sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

                                           s/ *Susan K. Lee*
                                           SUSAN K. LEE
                                           UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

      You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. See 28 U.S.C. §636(b).