UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cr-148-CLC-SKL |
| v. ) | |
| ) | |
| CHARLES MICHAEL HOWE ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) accept Defendant's plea of guilty to Counts One through Fourteen of the Fourteen-Count Bill of Information; (2) adjudicate Defendant guilty of the charges set forth in Counts One through Fourteen of the Bill of Information; (3) defer a decision on whether to accept the plea agreement until sentencing; and (4) find Defendant shall remain in custody until sentencing in this matter (Court File No. 15). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 15), pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One through Fourteen of the Bill of Information is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One through Fourteen of the Bill of Information;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **April 24, 2014 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**